1006

[Nos. 69731-5-I; 70170-3-I;    Division One.    January 11, 2016.]
71131-8-I.

*In the Matter of the Detention of* VICTOR CANNON.

*In the Matter of the Personal Restraint of* VICTOR CANNON, *Petitioner.*

Appeals from a judgment of the Superior Court for King County, No. 06-2-22648-8, Gregory P. Canova, J., entered December 3, 2012 and November 18, 2013, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Becker, J., concurred in by Cox and Schindler, JJ.

[No. 71165-2-I.    Division One.    January 11, 2016.]

MARY MITCHELL, *Appellant*, v. SOUNDVIEW INVESTMENT GROUP, LLC, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 13-2-33146-2, William L. Downing, J., entered November 7, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Lau and Leach, JJ.

[No. 71754-5-I.    Division One.    January 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEAPOLINAR FLORES-SOLORIO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 09-1-07408-5, Jean A. Rietschel, J., entered March 28, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Cox, J.